<u>IN THE COMMONWEALTH COURT OF PENNSYLVANIA</u>

| | | |
|---|---|---|
| Water Gap Capital Partners, LLC, | : | |
| Appellant | : | |
| | : | |
| v. | : | No. 1304 C.D. 2021 |
| | : | |
| Smithfield Township Board of | : | |
| Supervisors, John Shoemaker, | : | |
| William Buzzard, Terrence Fagan, | : | |
| Maryann Fagan, Neferetiti Campbell, | : | |
| Tony Ganci, Valerie Ganci, Joseph | : | |
| Iudicello, Marshall E. Anders, Patricia | : | |
| Anders, Bradley Rinschler, Terry Lynn | : | |
| Teel and Richard Oshrin | : | |

**PER CURIAM**               **O R D E R**

NOW, July 10, 2023, having considered Appellant's application for reargument and Appellees' answers in response thereto, the application is DENIED.